UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 09-CV-188 FtM-99DNF

KEITH A. BAKER and
LINDA R. LERI,

    Plaintiffs,

vs.

AMERICAN HOME ASSURANCE
COMPANY, INC. a foreign corporation and
wholly owned subsidiary of American
International Group, Inc.,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiffs, KEITH A. BAKER and LINDA R. LERI, by and through their undersigned counsel, hereby notify the Court that the parties have jointly designated Peter J. Grilli, Esq., Law Offices of Peter J. Grilli, P.A., 3001 West Azeele Street, Tampa, FL 33609, to serve as the mediator in the above-referenced action.

Dated: June 30, 2009
       Boca Raton, FL

Respectfully submitted,

*s/ Robin I. Cohen, Esq.*
ALLISON GRANT, ESQ.
Florida Bar No. 858330
E-mail: agrant@sbwlawfirm.com
ROBIN I. COHEN, ESQ.
Florida Bar No. 0649619
E-mail: ricohen@sbwlawfirm.com
SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 30, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

           *s/ Robin I. Cohen, Esq.*
           ROBIN I. COHEN, ESQ.

## SERVICE LIST

Keith A. Baker and Linda R. Leri vs. American Home Assurance Company, Inc.
Case No. 0:09-cv-188-FtM-99DNF
United States District Court, Middle District of Florida

| Allison Grant, Esq.<br>E-mail:  agrant@sbwlawfirm.com<br>Robin I. Cohen, Esq.<br>E-mail:  ricohen@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Gora, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, FL  33434<br>Telephone:   (561) 477-7800<br>Facsimile:    (561) 477-7722<br>Counsel for Plaintiff<br>*Via CM/ECF* | Scott J. Frank, Esq.<br>E-mail: sfrank@butlerpappas.com<br>Butler Papas Weihmuller Katz Craig LLP<br>777 S. Harbour Island Blvd., Suite 500<br>Tampa, FL 33602<br>Telephone:   (813) 281-1900<br>Facsimile:    (813) 281-0900<br>Counsel for Defendant<br>*Via CM/ECF* |