UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEITH A. BAKER, LINDA R. LERI, ,

        **Plaintiffs,**

-vs-                        Case No.  2:09-cv-188-FtM-99DNF

**AMERICAN HOME ASSURANCE COMPANY, INC.**, a foreign corporation and wholly owned subsidiary of American International Group,

        **Defendant.**

_____

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Joint Motion to Amend Case Management and Scheduling Order and the amended case management report prepared by the parties, *see* Fed.R.Civ.P. 26(f) and Local Rule 3.05(c), the Court enters this amended case management and scheduling order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant:<br>Rebuttal: | JANUARY 4, 2010<br>FEBRUARY 8, 2010 |
| Discovery Deadline | | APRIL 2, 2010 |
| Mediation | Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | APRIL 12, 2010 |
| IF NO MEDIATOR IS DESIGNATED HEREIN:<br>The parties shall file a stipulation selecting a mediator within eleven days of the date of this Order. | | |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | MAY 4, 2010 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | | JULY 19, 2010 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | | JULY 28, 2010 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | | JULY 28, 2010 |

| | |
|---|---|
| Final Pretrial Conference                              Date:<br>Time:<br>Judge: | AUGUST 16, 2010<br>9:00 A.M.<br>Unassigned |
| Trial Term Begins<br>   [Trials Before Magistrate Judges Begin on Date Certain] | SEPTEMBER 7, 2010<br>9:00 A.M. |
| Estimated Length of Trial | 5 days |
| Jury/Non Jury | Jury |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE** and **ORDERED** this 8th day of December, 2009.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies : All Parties of Record

**Note: Notice re: Pre-marking of Exhibits with Exhibit List and Tags and a Magistrate Consent form can be found on the Court's website at**